1  **BRIAN T. DUNN, ESQ. (SBN 176502)**
2  **THE COCHRAN FIRM CALIFORNIA**
   4929 Wilshire Boulevard, Suite 1010
3  Los Angeles, California 90010
   Telephone: (323) 435-8205
4  Facsimile: (323) 282-5280

JS-6

5
6  *Attorneys for Plaintiffs*

7

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | YESENIA PENA, individually and as Successor in Interest to JESUS FLORES., deceased; AMBER TORRES, individually | **CASE NO.: 2:22-cv-07458-MRW** |
12 | | |
13 | | [~~Proposed~~] **ORDER ON STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |
14 | | |
15 | Plaintiffs, | |
16 | vs. | |
17 | | |
18 | CITY OF AZUSA, a municipal entity, et al. | |
19 | Defendant | |
20

21     Pursuant to the Stipulation between Plaintiff YESENIA PENA, et al., and
22 Defendants CITY PF AZUSA, et al., the Court **ORDERS** as follows:
23     The above-captioned action is hereby dismissed in its entirety with prejudice
24 as to all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
25 Procedure.
26     All parties are to bear their own costs and fees.
27     **IT IS SO ORDERED.**
28

-1-

DATED: 6/3/2024

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE